# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136598 & (10)(11)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARRON ANDERSON,
      Defendant-Appellant.

SC: 136598
COA: 283972
Berrien CC: 2007-404536-FC

_____/

      On order of the Court, the application for leave to appeal the April 16, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for appointment of counsel and motion to remand are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

d0828

_____
Clerk